IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| TYRONE K. WHITE | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| BETHESDA PROJECT INC. | : | NO. 16-2309 |

### ORDER

AND NOW, this 28th day of July, 2016, upon consideration of plaintiff's second amended complaint (ECF No. 8), it is ORDERED that:

1. The second amended complaint is DISMISSED with prejudice for the reasons discussed in the Court's memorandum.

2. The Clerk of Court shall CLOSE this case.

BY THE COURT:

C. DARNELL JONES, II, J.